## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **ANTHONY DE LOS SANTOS,** *Plaintiff,* | § § § § | |
| *v.* | § § | **CASE NO. 1:25-CV-01741-ADA** |
| **MATTRESS BY APPOINTMENT, LLC,** *Defendant.* | § § § § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 33. Judge Howell recommends that this Court **GRANT** MBA's Motion to Compel Arbitration (Dkt. 15), **DENY** Santos's motion to remand (Dkt. 19), and **DENY AS MOOT** Santos's motion to stay arbitration (Dkt. 13), MBA's motion to stay (Dkt. 16), and Santos's request for a prompt ruling (Dkt. 27). *Id.* at 8-9. The report further recommends that this Court **STAY** this case pending arbitration. *Id.* at 9. The report was filed on February 2, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 33) is **ADOPTED**.

**IT IS FURTHER ORDERED** that MBA's Motion to Compel Arbitration (Dkt. 15) is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff Santos's motion to remand (Dkt. 19) is **DENIED.**

**IT IS FURTHER ORDERED** that Santos's motion to stay arbitration (Dkt. 13), MBA's motion to stay (Dkt. 16), and Santos's request for a prompt ruling (Dkt. 27) are **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that this case is **STAYED** pending arbitration.

**SIGNED** this 17th day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE